IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HITHAM ABUHOURAN,                :    CIVIL ACTION
                                 :    NO. 07-5513
          Plaintiff,             :
                                 :
     v.                          :
                                 :
R.L. MORRISON, et al.,           :
                                 :
          Defendants.            :

## O R D E R

**AND NOW**, this **1st** day of **April 2010**, it is hereby

**ORDERED** as follows:

1.  Plaintiff shall comply with Federal Rule of Civil
Procedure 30(b)(6) and supply to Defendants' counsel the areas of
inquiry, to be specified with reasonable particularity, that he
intends to address during the deposition by **April 20, 2010.**

2.  Defendants shall designate a deponent pursuant to
Federal Rule of Civil Procedure 30(b)(6) with respect to
Plaintiff's First Amendment claim by **May 1, 2010.**

3.  Defendants shall schedule the deposition pursuant
to Federal Rule of Civil Procedure 30(b)(6) to be held no later
than **May 31, 2010.**  Defendants' counsel shall make the logistical
arrangements for the deposition, and it may be conducted by
video.

4.  Plaintiff's motion to appoint counsel (doc. no. 41)
is **DENIED.**

5. Upon conclusion of the deposition, Defendants' counsel shall contact the Court and request that a telephone status and scheduling conference be held.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**