IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| HITHAM ABUHOURAN, | : | CIVIL ACTION |
| | : | NO. 07-5513 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| R.L. MORRISON, et al., | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **17th** day of **March, 2011**, it is hereby **ORDERED** that Defendants' motion for summary judgment or, in the alternative, judgment on the pleadings (doc. no. 54) is **GRANTED** as follows:

> 1) As to Counts One, Two, Three, Four, Five and Seven, judgment is granted pursuant to Rules 12(c) and Rule 56(c)(2);[1]
>
> 2) As to Count Six, judgment is granted pursuant to Rule 12(c);

It is hereby further **ORDERED** that Plaintiff's motion to vacate this Court's April 1, 2010 Order (doc. no. 70) is **DENIED as moot**;

It is hereby further **ORDERED** that Plaintiff's

---

[1] Counts One, Two, Three, Four, and Five are disposed pursuant to Rule 12(c), except that judgment is granted pursuant to Rule 56 for the portions of Counts One and Two involving a claim that accrued between March 2006 and June 2007. Count Seven is disposed pursuant to Rule 56(c)(2).

application for pro bono counsel (doc. no. 74) is **DENIED**;

It is hereby further **ORDERED** that this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

<u>S/Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO, J.**